**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM



MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
79 MAIN STREET
SUITE ONE
HACKENSACK, NJ 07601
201-342-6665

July 31, 2013

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY FIRST CLASS MAIL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/2/13

Re: United States v. Johnny Morgan
    12 Cr. 223 (VM)

Dear Judge Marrero:

By this letter, defendant Johnny Morgan respectfully informs the Court that he objects to the adjournment of his trial because of court congestion. Thank you for Your Honor's notation of this objection.

Very truly yours,

Sanford N. Talkin

cc: AUSA Jessica Lonergan (by email)

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by _defendant Johnny Morgan_.
SO ORDERED.
8-2-13
DATE        VICTOR MARRERO, U.S.D.J.