

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 21, 2013

**BY FACSIMILE**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

DOC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/13

    Re:   **United States v. Johnny Morgan,**
           12 Cr. 223 (VM)

Dear Judge Marrero:

    The Government respectfully submits this letter to inform the Court that, pursuant to a conversation with You Honor's law clerk, a pretrial conference has been set in this case for September 13, 2013 at 12:00 p.m.

                          Sincerely,

                          PREET BHARARA
                          United States Attorney

             By: _____
                 Amy Garzon
                 Assistant United States Attorney
                 (212) 637-2431

cc:     Sanford Talkin, Esq. (by electronic mail)

---

Request GRANTED. The *next pretrial* conference herein is rescheduled to *9-13-13* at *12:00 p.m.*.

SO ORDERED.

*8-21-13*
DATE            VICTOR MARRERO, U.S.D.J.