

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 23, 2013

## BY FACSIMILE

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

> Re:   **United States v. Johnny Morgan,**
>       12 Cr. 223 (VM)

Dear Judge Marrero:

      The Government respectfully submits this letter to request an extension to make pretrial submissions, including joint requests to charge, motions in limine, and proposed voir dire, in this case to September 2, 2013. Trial is set in this case for September 23, 2013, and according to the Court's Individual Rules, pretrial submissions are due 30 days before trial. However, the Government is requesting an extension to September 2, 2013. Defense counsel does not object to this request.

Sincerely,

PREET BHARARA
United States Attorney

By: _____
Amy Garzon
Assistant United States Attorney
(212) 637-2431

*Request GRANTED. The time for submission of pre-trial papers in this matter is extended to 9-2-13.*

**SO ORDERED.**

8-23-13
DATE          VICTOR MARRERO. U.S.D.J.

cc:   Sanford Talkin, Esq. (by electronic mail)