# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

RITA M. GLAVIN
PARTNER
(212) 574-1309
glavin@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

September 16, 2013

**BY FAX**

Honorable Victor Marrero
United States Courthouse
500 Pearl St.
New York, NY 10007

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/13

Re: <u>United States v. Johnny Morgan</u>, 12 Cr. 223 (VM)

Dear Judge Marrero:

I write to request that the Court extend the motions-in-limine deadline to next Monday September 23. The Government joins in this request.

I make this application for two reasons: (1) I was appointed counsel for this September 30 trial on September 4 and am still getting up to speed on the case and the likely evidentiary issues, and (2) the government and the defense are in active discussions about stipulations and other evidentiary issues, in which we hope to eliminate the need for some of the motions that might be filed.

Respectfully submitted,

Rita M. Glavin

cc: Amy Garzon (AUSA)

Request GRANTED. The time for the parties to submit any motions in-limine herein is extended to 9-23-13.

SO ORDERED.

9-16-13
DATE    VICTOR MARRERO, U.S.D.J.