

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 13, 2013

**BY FACSIMILE**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9/16/13
```

Re: **United States v. Johnny Morgan,**
12 Cr. 223 (VM)

Dear Judge Marrero:

      As per my conversation with Your Honor's law clerk, the Government writes to respectfully request that the final pretrial conference in the above-captioned case be scheduled for 10:00 a.m., on Thursday, September 19, 2013.

Sincerely,

PREET BHARARA
United States Attorney

By: _____
Amy Garzon
Assistant United States Attorney
Southern District of New York
(212) 637-2431

cc: Rita M. Glavin, Esq. (by email)

```
SO ORDERED.

9-16-13                    _____
DATE                       VICTOR MARRERO, U.S.D.J.
```