# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

RITA M. GLAVIN
PARTNER
(212) 574-1309
glavin@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

September 19, 2013

**BY FAX**

Honorable Victor Marrero
United States Courthouse
500 Pearl St.
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/13

Re: <u>United States v. Johnny Morgan</u>, 12 Cr. 223 (VM)

Dear Judge Marrero:

Further to my conversations with Chambers and with AUSA Garzon today, I write to request an immediate stay of execution of a search warrant for additional DNA testing obtained by the Government today in this matter, pending an appearance before Your Honor to discuss whether and how the warrant is to be executed.

The Government called me at approximately 1:00 p.m. to report that they had obtained a search warrant from the Magistrate Judge. Defense counsel requests this stay in order to examine the warrant, meet with the defendant to discuss, and be present should the warrant be executed.

I am available tomorrow beginning at 9:00 a.m. to appear on this matter.

Respectfully submitted,

*Rita M. Glavin*

Rita M. Glavin

cc: Amy Garzon (AUSA)

Request GRANTED. A status conference herein is scheduled for 9-20-13 at 9:00 A.M. to address the matter described above by *defendant*.

SO ORDERED.

9-19-13
DATE

VICTOR MARRERO, U.S.D.J.