# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

RITA M. GLAVIN
PARTNER
(212) 574-1309
glavin@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

December 19, 2013

**BY FACSIMILE**

Honorable Victor Marrero
United States Courthouse
500 Pearl St.
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/13

Re:  United States v. Johnny Morgan, 12 Cr. 223 (VM)

Dear Judge Marrero:

This firm represents Defendant Johnny Morgan in the above-referenced matter. The defense is presently scheduled to file a Daubert motion regarding the admissibility of the Low Copy Number DNA testing that was utilized in this case by Friday, December 20, 2013. We write to respectfully request a brief adjournment of time of one business day, until Monday, December 23, 2013. The reason for this request is that the defense needs additional time to consult with its expert, who is located in the United Kingdom. The government consents to the requested extension of time.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Rita M. Glavin

cc: Amy Garzon (AUSA)

SK 88888 0120 1439429

SO ORDERED. Request GRANTED, The time for defendant to file the Daubert motion described above is extended to 12-23-13.

12-19-13
DATE        VICTOR MARRERO, U.S.D.J.