

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 14, 2014

**BY FACSIMILE**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:   **United States v. Johnny Morgan**,
            12 Cr. 223 (VM)

Dear Judge Marrero:

    The Government writes to respectfully request an extension to file its response to the defendant's Daubert motion, which is due January 15, 2014, until Tuesday, January 21, 2014. Defense counsel does not object to this request.

                              Sincerely,

                              PREET BHARARA
                            United States Attorney

                      By: _____
                            Amy Garzon
                            Assistant United States Attorney
                            Southern District of New York
                            (212) 637-1038

cc:     Rita M. Glavin, Esq. (by email)

---

SO ORDERED. *Request Granted.*

1-16-14
DATE         VICTOR MARRERO, U.S.D.J.