UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
    v.                             :    12 Cr. 223 (VM)
                                   :
JOHNNY MORGAN,                     :
                                   :
    Defendant.                     :
------------------------------------------------------X

### NOTICE OF DEFENDANT JOHNNY MORGAN'S BRIEF IN SUPPORT OF HIS MOTION FOR SANCTIONS AND THE EXCLUSION OF EVIDENCE, OR, ALTERNATIVELY, TO RE-OPEN THE <u>DAUBERT</u> HEARING RECORD

PLEASE TAKE NOTICE, that upon the annexed Memorandum of Law in Support of Defendant Johnny Morgan's Motion for Sanctions and the Exclusion of Evidence, Or, Alternatively, to Re-Open the <u>Daubert</u> Hearing Record as well as the attached Declaration and Exhibits, by and through his counsel, Mr. Morgan will move this Court, before the Honorable Victor Marrero, United States District Judge, to grant the requested relief and for such other relief as the Court deems just and proper.

Dated: February 14, 2014

                                        Respectfully Submitted,

                                        SEWARD & KISSEL LLP

                                        By: <u>/s/ Rita M. Glavin</u>
                                            Rita M. Glavin
                                        One Battery Park Plaza
                                        New York, New York 10004
                                        Tel: (212) 574-1309
                                        Fax: (212) 480-8421
                                        glavin@sewkis.com

                                        *Attorney for Defendant*

*Johnny Morgan*